UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Vaundon W. Williams

Petitioner,

vs. ORDER

Richard L. Stiff,
F.C.I. Waseca,

Responded. Civ. No. 00-762 (DSD/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 9th day of May, 2000.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

The Petition in this matter was filed on March 28, 2000, in the United States District Court for the District of Minnesota and, on April 3, 2000, we issued an Order to Show Cause, why relief should not be granted, in accordance with the Petitioner's request.

FILED MAY 09 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Specifically, we directed counsel for the Respondent to proceed as follows:

> 1. Make a Return in writing;
>
> 2. File a reasoned memorandum of law and fact fully stating the Respondent's legal position, and views on the need for this Court to conduct an evidentiary hearing on the merits of the Petition given the requirements of the applicable statutes and the pertinent United States Supreme Court authorities.

Counsel was further admonished that the failure to comply with these directives, within 20 days of the date of the Order -- that is, by April 24, 2000 -- could result in our decision to entertain a motion to grant relief to the Petitioner forthwith.

However, notwithstanding its clear directives, counsel for the Respondent has failed to abide by the terms of our Order of April 3, 2000. The Record lacks any indication that the Respondent has filed appropriate documentation which complies with the terms of our Order, and the Court has not been advised of any extraordinary circumstances which would render compliance with the Court's Order either impracticable or otherwise unnecessary.

Consequently, the Respondent is hereby ordered to show cause, within 10 days from the date of this Order, why relief should not be granted.

1. By making a Return in writing;

2. By filing with the Court a reasoned memorandum of law and fact fully stating the Respondent's legal position, and views on the need for this Court to conduct an evidentiary hearing on the merits of the Petition given the requirements of the applicable statutes and the pertinent United States Supreme Court authorities.

Absent compliance with this Order within the 10 day period, the Court will grant relief to the Petitioner.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE