UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Vaundon W. Williams,

Petitioner,

vs. ORDER

R.L. Stiff,

Respondent. Civ. No. 00-762 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 9th day of June, 2000.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Respondent's Response to a Petition for a Writ of Habeas Corpus, filed on April 13, 2000, requesting that the Petition be denied and the case dismissed without an evidentiary Hearing.

In order to facilitate disposition of the Petition and the request for dismissal, it is --

ORDERED:

That the Petitioner shall have until **June 29, 2000,** in which to respond, should he so choose, to the Respondent's submission to

FILED JUN 09 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

the Court requesting that the Petition for a Writ of Habeas Corpus be denied and the case dismissed.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE