# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Vaundon W. Williams

Plaintiff

v.

E.L. Stiff, et al

Defendants

Case No. Civil 00-762 MJD/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's application for habeas corpus is denied. This action is dismissed with prejudice.

DATE: OCT 16 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk